072817.0015.2V.01030588.001     **UNITED STATES BANKRUPTCY COURT**     1701282.Court.278
Case 17-01282-5-JNC    Eastern District of North Carolina / Greenville Division    07/31/17 10:05:29    Page 1 of 8
Doc 24 Filed 07/31/17 Entered 07/31/17 10:05:29

```
                                            IN RE
                                            BRIAN KEITH SAWYER
                                            920 SOUNDSIDE ROAD
       1701282-Court-A-U.S.
       RICHARD C. POOLE                     EDENTON, NC 27932
       ATTORNEY AT LAW                              SSN or Tax I.D.   XXX-XX-5848
       1510 E ARLINGTON BLVD STE B          ------------------------------
       GREENVILLE, NC 27858-0000            RENE' WHITLEY SAWYER
                                            920 SOUNDSIDE ROAD

                                            EDENTON, NC 27932
                                                   SSN or Tax I.D.   XXX-XX-0937

       U.S. Bankruptcy Court
       P.O. Box 791
       Raleigh, NC 27602                           Chapter 13
                                                   Case Number:   17-01282-5-JNC
```

                         NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Joseph A. Bledsoe, III, Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the
Chapter 13 Plan.

<u>Your rights may be affected.</u>   You should read these papers carefully and discuss them with your attorney,
if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to
consider your views on the motion, then on or before 08/28/2017, you or your attorney must file with
the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your
position, and a request for hearing at:

                              U.S. Bankruptcy Court
                              PO Box 791
                              Raleigh, NC  27602

If you mail your response to the court for filing, you must mail it early enough so the court will receive
it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

```
Debtor(s):                          Attorney:                           Trustee:
BRIAN KEITH SAWYER                  RICHARD C. POOLE                    Joseph A. Bledsoe, III
920 SOUNDSIDE ROAD                  ATTORNEY AT LAW                     P.O. Box 1618
EDENTON, NC 27932                   1510 E ARLINGTON BLVD STE B         New Bern, NC 28563
-------------------------------     GREENVILLE, NC 27858-0000
RENE' WHITLEY SAWYER
920 SOUNDSIDE ROAD
EDENTON, NC 27932
```

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will
be  conducted  on  the motion at a date, time  and  place to  be later  set and all parties will be notified
accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief
sought in the motion or objection and may enter an order granting that relief.

```
Date: July 28, 2017                         Joseph A. Bledsoe, III
                                            Chapter 13 Trustee
                                            P.O. Box 1618
                                            New Bern, NC 28563
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:                                                        CASE NUMBER: 17-01282-5-JNC

**BRIAN KEITH SAWYER**

**RENE' WHITLEY SAWYER**

                                                                 CHAPTER 13

**DEBTOR(S)**

MINUTES OF 341 MEETING AND
MOTION FOR CONFIRMATION OF PLAN

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on May 10, 2017, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

    | Amount | | Duration | Period |
    |---|---|---|---|
    | $707.00 | for | 4 | Months |
    | $3,134.00 | for | 10 | Months |
    | $909.00 | for | 46 | Months |
    | | for | | Months |

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before July 11, 2017 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before September 11, 2017 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #004 CARMAX BUSINESS SERVICES, LLC | '13 TOYOTA TACOMA | OUTSIDE |
| #800 PNC BANK, NATIONAL ASSOCIATION | 920 SOUNDSIDE RD | OUTSIDE |
| #802 PNC BANK, NATIONAL ASSOCIATION | 920 SOUNDSIDE RD – ARREARS | $710.59 TO BE PAID BY TRUSTEE OVER LIFE OF PLAN |

b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, are to be paid over the life of the plan. Two post-petition contractual payments shall be included in the administrative arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments.
(SEE PARAGRAPH 8 BELOW)**

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| NONE | | | |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as "Surrender,"

upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b).

| | | |
|---|---|---|
| #001 AMERICANO BEACH RESULTS | TIMESHARE FEES | SURRENDER |
| #007 FIRST DATA MERCHANT SERVICES | MISCELLANEOUS | SURRENDER |
| #011 XENITH BANK | MISCELLANEOUS COLLATERAL | FILED UNSECURED |
| #900 WEST TOWN BANK & TRUST | 113 MORRIS CIRCLE | SURRENDER |

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased/Contracted For | Treatment |
|---|---|---|
| NONE | | |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $5,000.00. The Trustee recommends to the Court a fee of $5,000.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

                                                                s/ Joseph A. Bledsoe, III
                                                                Joseph A. Bledsoe, III
                                                                Standing Chapter 13 Trustee

| | | |
|---|---|---|
| **EXHIBIT 'A'** | | **CASE NUMBER:** 17-01282-5-JNC |

**DEBTORS:** BRIAN KEITH SAWYER
RENE' WHITLEY SAWYER

**EMPLOYMENT:**

| | | | |
|---|---|---|---|
| Debtor: | SIMPSON STRONG TIE | GROSS INCOME: | $96,328.68 |
| Spouse: | WELCOME HOME REALTY (UNITED COUNTRY DOWD) | | $36,666.00 |

**Prior Bankruptcy cases:** Yes ☐  No ☒  If so, Chapter ___ filed ___
Disposition:

**Real Property:** House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐

| | | | |
|---|---|---|---|
| Description: | RESIDENCE | | |
| FMV | $180,440.00 | Date Purchased | |
| Liens | $168,472.00 | Purchase Price | |
| Exemptions | $11,968.00 | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | $1,500.00 | Tax Value | |

**Real Property:** House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐

| | | | |
|---|---|---|---|
| Description: | 113 MORRIS CIRCLE | | |
| FMV | $89,320.00 | Date Purchased | |
| Liens | $87,179.00 | Purchase Price | |
| Exemptions | $2,141.00 | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | | Tax Value | |

**COMMENTS:**

| | | | |
|---|---|---|---|
| **Attorney Fees:** | Requested: | $5,000.00 | (excluding filing fee) |
| | Paid: | $1,000.00 | (excluding filing fee) |
| | Balance: | $4,000.00 | |

**Trustee's Recommendation:** $5,000.00
Comments:

**Plan Information:**

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $250,564.27 | Pay in | $75,982.00 | Priority | 100.00% |
| Priority | $4,000.00 | Less   6.00% | $4,558.92 | Secured | 100.00% |
| Secured | $710.59 | Subtotal | $71,423.08 | Unsecured | 27.14% |
| Unsecured | $245,853.68 | Req. Atty. Fee | Incl. w/ claims | Joint | % |
| Joint Debts | | Available | $71,423.08 | Co-Debts | % |
| Co-Debtor | | | | | |

**Payroll Deduction:** Yes ☐   No ☒
**Objection to Confirmation:** Yes ☐   No ☒

Pending:   SEE COURT DOCKET
Resolved:  SEE COURT DOCKET

<u>Motions Filed:</u>　　　　Yes　☒　　No　☐

    If so, indicate type and status:　　SEE COURT DOCKET

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1701282 | TRUSTEE: 2V | COURT: 278 | Page 1 of 2 |
| TASK: 07-26-2017.01030588.LSA000 | | DATED: 07/28/2017 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | BRIAN KEITH SAWYER | 920 SOUNDSIDE ROAD<br>EDENTON, NC 27932 |
| Joint | | RENE' WHITLEY SAWYER | 920 SOUNDSIDE ROAD<br>EDENTON, NC 27932 |
| 799 | 000002 | RICHARD C. POOLE<br>1510 E ARLINGTON BLVD STE B | ATTORNEY AT LAW<br>GREENVILLE, NC 27858-0000 |
| 008 | 000011 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19101 |
| 003 | 000014 | BARCLAYS BANK DELAWARE | PO BOX 8803<br>WILMINGTON, DE 19899 |
| 011 | 000016 | XENITH BANK | 641 LYNNHAVEN PARKWAY<br>VIRGINIA BEACH, VA 23452 |
| 012 | 000017 | XENITH BANK<br>641 LYNNHAVEN PARKWAY SUITE 200 | C/O DAVID CLARK<br>VIRGINIA BEACH, VA 23452 |
| 009 | 000012 | NC DEPT OF REVENUE<br>P O BOX 1168 | ATTN: BANKRUPTCY UNIT<br>RALEIGH, NC 27602-1168 |
| 017 | 000022 | WEST TOWN BANK & TRUST<br>301 E MAIN STREET | HORNTHAL RILEY ELLIS & MALAND LLP<br>ELIZABETH CITY, NC 27909 |
| 015 | 000020 | W. BROCK MITCHELL<br>301 EAST MAIN ST | HORNTHAL RILEY ELLIS & MALAND, LLP<br>ELIZABETH CITY, NC 27909 |
| 006 | 000010 | CHOWAN COUNTY TAX COLLECTOR<br>BANKRUPTCY DEPARTMENT | P.O. BOX 1030<br>EDENTON, NC 27972-0000 |
| 014 | 000019 | NEIL JONAS ATTORNEY AT LAW<br>8757 RED OAK BLVD SUITE 150 | ATTORNEY AT LAW<br>CHARLOTTE, NC 28217-1965 |
| 004 | 000004 | CARMAX BUSINESS SERVICES LLC | 225 CHASTAIN MEADOWS COURT<br>KENNESAW, GA 30144 |
| 005 | 000005 | CARMAX BUSINESS SERVICES LLC | 225 CHASTAIN MEADOWS COURT<br>KENNESAW, GA 30144 |
| 007 | 000006 | FIRST DATA MERCHANT SERVICES<br>STE 2000 | 5565 GLENRIDGE CONNECTOR NE<br>ATLANTA, GA 30342 |
| 001 | 000003 | AMERICANO BEACH RESULTS<br>1260 NORTH ATLANTIC AVE | ATTN: MANAGER OR OFFICER<br>DAYTONA BEACH, FL 32118 |
| 018 | 000023 | PNC BANK NATIONAL ASSOCIATION | P. O. BOX 94982<br>CLEVELAND, OH 44101 |
| 010 | 000015 | PNC BANK | PO BOX 5570<br>CLEVELAND, OH 44101-0570 |
| 800 | 000007<br>*CM | PNC BANK, NATIONAL ASSOCIATION | 3232 NEWMARK DRIVE<br>MIAMISBURG, OH 45342 |
| 802 | 000008<br>*CM | PNC BANK, NATIONAL ASSOCIATION | 3232 NEWMARK DRIVE<br>MIAMISBURG, OH 45342 |
| 013 | 000018 | PNC BANK, NA | 3232 NEWMARK DRIVE<br>MIAMISBURG, OH 45342 |
| 900 | 000009<br>*CM | WEST TOWN BANK & TRUST | 320 N. MERIDIAN, SUITE 1011<br>INDIANAPOLIS, IN 46204 |
| 016 | 000021 | LANDAUER | PO BOX 809051<br>CHICAGO, IL 60680 |

# CERTIFICATE OF MAILING

Page 2 of 2

CASE: 1701282     TRUSTEE: 2V     COURT: 278
TASK: 07-26-2017.01030588.LSA000     DATED: 07/28/2017

| | | | |
|---|---|---|---|
| 002 | 000013 | BANK OF AMERICA, N.A. | PO BOX 982284 |
| | | | EL PASO, TX 79998-2238 |

26 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 07/28/2017.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    07/28/2017    BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail